## 3451.  WILKINS v. BARNES.

HILL, C. J.  This case is controlled by the repeated rulings of this court and of the Supreme Court, following section 5585 of the Civil Code of 1895 (section 6204 of the Civil Code of 1910), that unless the verdict was demanded by the law and the evidence, the first grant of a new trial will not be disturbed.  *Holland* v. *Williams*, 3 *Ga. App.* 636 (60 S. E. 331), and cases there cited; *Smith* v. *Maddox-Rucker Banking Co.*, 135 *Ga.* 151 (68 S. E. 1031).          *Judgment affirmed.*

DECIDED JANUARY 15, 1912.

Appeal; from Walton superior court—Judge Brand.  April 29, 1911.

*W. O. Dean,* for plaintiff in error.   *O. Roberts,* contra.